FILED

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

IN THE DISTRICT COURT OF THE UNITED STATES MAR - 2 2004

FOR THE DISTRICT OF NEW MEXICO

*R. Robinmach*
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | |
|                                    ) | CRIMINAL NO. *04-370* JC |
|          Plaintiff,                ) | |
|                                    ) | |
|     vs.                            ) | 18  U.S.C.  §2113(a)  and  (d): |
|                                    ) | Armed Bank Robbery; |
| DANIEL PADILLA,                    ) | |
|                                    ) | |
|          Defendant.                ) | |
|                                    ) | |
|                                    ) | |

## INFORMATION

The United States Attorney charges:

### COUNT I

On or about the 23rd day of October, 2002, in Bernalillo County, in the State and District of New Mexico, the defendant, DANIEL PADILLA, by force, violence and intimidation, did knowingly take from The Bank of the West located at 500 Martin Luther King Drive, Albuquerque, New Mexico, a sum of money in the approximate amount of $952.32, belonging to and in the care, custody, control, management and possession of The Bank of the West, the deposits of which were then and there insured by the Federal Deposit Insurance Corporation and  in committing said offense, the defendant, DANIEL PADILLA, did assault and put in jeopardy the life of another person, by the use of a dangerous weapon, to wit: a handgun.

In violation of 18 U.S.C. §§ 2113 (a) and (d).

DAVID C. IGLESIAS
United States Attorney

*Marron Lee*
MARRON LEE
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico
87103
(505) 346-7274