**PLEA PROCEEDINGS BEFORE SENIOR JUDGE CONWAY**

Date:   March 10, 2004
Court in Session:  11:30-11:40
Reporter:  Julie Goehl
Clerk:   Lee Jones

**United States of America vs.  Daniel Padilla**
**Criminal No. 04-370 JC**

AUSA:    Marron Lee

Defendant by:  Benjamin A. Gonzales, AFPD          Appointed:     X
Interpreter:    None Required                                   Sworn:

Albuquerque:  X   Las Cruces:        Santa Fe:        Roswell:          Bench warrant ordered:

**Plea to Information**

Defendant sworn:   X
Rights explained: Off _X__   Pen _X__   GJ __X_  PJ __X_ Atty _X__Age ___Jv___
_X____Court questions Defendant regarding his physical and mental conditions and advises
            Defendant of the charge and possible consequences of plea
_X____Court finds Defendant competent to proceed

___   Defendant acknowledges receipt of copy of Indictment
_X__Waiver of Indictment - **to be filed later with the Court**
_____Information filed
_X____Plea Agreement filed
_X____Reading Waived of Indictment_____ Information_____ Plea Agreement__X___

_X____Plea of GUILTY:      Accepted__X__  Deferred____  Counsel concurs___X__

_X___ **Sentencing date to be set approximately 75 days after preparation of PSR.**

_X___ Defendant to remain in custody
____   Present Conditions of Release to continue
_____  Conditions of Release changed:

_X___ Other Matters:   Plea agreement was interlineated by counsel and defendant by agreement